No. 92–8070. LEIVA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–8076. MARTINEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8079. LEASURE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 92–8080. LAWRENCE v. GODINEZ, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 92–8081. MUZINGO v. IOWA. Ct. App. Iowa. Certiorari denied.

No. 92–8083. HOOD v. BUNCOMBE COUNTY JAIL ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–8085. FRITCHIE v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 92–8087. ISAAC v. INDIANA ET AL. Sup. Ct. Ind. Certiorari denied.

No. 92–8088. KAMAKA ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8091. DEBARDELEBEN v. QUINLAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–8092. RAPHLAH v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 92–8095. BROWN v. GARVIN, SUPERINTENDENT, MID-ORANGE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 92–8097. STEWART v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–8098. SANDERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8100. NUNO v. CITY OF CALEXICO. C. A. 9th Cir. Certiorari denied.